**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 347 EAL 2014
:
           Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v.              :
:
:
:
TYREE BUSH,            :
:
           Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.